DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MONIKA MARKLEY,**
Appellant,

v.

**STEVEN A. MARKLEY,**
Appellee.

No. 4D22-795

[October 27, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Brett M. Waronicki, Judge; L.T. Case No. 432021000169DRAXMX.

Thomas L. Colter and Jorge Andres of Law Patriot, Stuart, for appellant.

Michael Rebuck of Michael Todd Rebuck, P.A., Palm City, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***